RECEIVED

NOV 1 2 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Nov-7-2015

Court of Appeals

Second District of Texas

401 W. Belknap St

ste# 9000

Fort Worth, TX 76196

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

NOV 1 2 2015

DEBRA SPISAK, CLERK

RE: 02-15-00333, 34, 35, 36, 37 - CR

Im confused by your october 2nd, 2015 letter to me. I never filed a request for appointment of counsel to assist in filing a DNA motion. Also on September 25th, 2015 the trial court did certify my right to appeal my motion I respectfully filed. I signed all 5 documents for my right to appeal.

I requested appointment of counsel to assist me in my appeal. Im requesting a bench warrant to be more productive and in the interest of justice. Thank You.

who is my appeal Attorney?

Sincerely,

Baron D. Bostice # 1346260

Robertson Unit

12071 F.M. 3522

Abilene, TX 79601

P.S. I provided my original copies, to assist you. Please return them.



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
   TERRIE LIVINGSTON

JUSTICES
   LEE ANN DAUPHINOT
   ANNE GARDNER
   SUE WALKER
   BILL MEIER
   LEE GABRIEL
   BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
   DEBRA SPISAK

CHIEF STAFF ATTORNEY
   LISA M. WEST

GENERAL COUNSEL
   CLARISSA HODGES

October 2, 2015

Baron D. Bostice
Robertson Unit #1346260
12071 FM 3522
Abilene, TX 79601

RE:      Court of Appeals Number:    02-15-00333-CR, 02-15-00334-CR, 02-15-00335-CR, 02-15-00336-CR, 02-15-00337-CR

Trial Court Case Number:    0957231D, 1001707R, 1001711R, 1001712R, 1001713R

Style:      Baron D. Bostice
v.
The State of Texas

The court has received copies of the notices of appeal in these cases. See Tex. R. App. P. 25.2(c). The court is concerned that it lacks jurisdiction over these appeals because the trial court has not entered any appealable orders. The denial of a request for the appointment of counsel to assist in filing a motion for postconviction DNA testing generally is not an appealable order. See Gutierrez v. State, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010).

Unless you or any party desiring to continue the appeals files with the court, on or before **Monday, October 12, 2015**, a response showing grounds for continuing these appeals, these appeals may be dismissed for want of jurisdiction. See Tex. R. App. P. 43.2(f), 44.3.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Bonnie Alexander, Deputy Clerk

cc:    Court Reporter, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th Floor
Fort Worth, TX 76196-0248

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201

Hon. George William Gallagher
Judge, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th floor
Fort Worth, TX 76196



# TARRANT COUNTY

**Thomas A. Wilder**
*District Clerk*

September 25, 2015

Baron D. Bostice
TDCJ# 1346260
French M. Robertson Unit
12071 F. M. 3522
Abilene, TX 79601

Dear Mr. Bostice,

In reference to your Notice of Appeal your attention is needed. I need for you to sign the attached Trial Court Certification of Defendant's Right of Appeal there are five, one for each case. I have highlighted the signature line for you to sign and have included a postage paid envelope to return the forms to me. It is extremely important for you to do this as quickly as possible for your appeal to be considered by the Second Court of Appeals.

Thanks so much for your cooperation.

Sincerely,

Kelley Turner
Lead Appeals Clerk

Tarrant County District Clerk
c/o Thomas A. Wilder
401 W. Belknap
Fort Worth, TX 76196



FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

AUG 1 8 2015

TIME_____
BY_____
_____ DEPUTY

_____ ____, 2015

RE:  STATE OF TEXAS vs. BARON D. BOSTICE
     Cause Nos. 1001707R, 1001711R, 1001712R, 1001713R, 0957231D
     APPEAL NOTICE

Dear Clerk,

Please find enclosed for filing pursuant to the above-styled and numbered causes the original DEFENDANT'S FIRST MOTION FOR APPOINTMENT OF COUNSEL FOR HABEAS CORPUS, UNDER TEXAS FAIR DEFENSE ACT, ARTICLE 1.051 V.A.C.C.P.

Please file said motion and present said motion to the Court for hearing and disposition, at your soonest opportunity.

Please also keep me timely informed of all actions pertaining to, and the status of, said motion.

I am also enclosing a copy of this coverletter to be filestamped and returned to me by your office.

Thank you for your time and kind assistance in this matter.

Sincerely,


Baron D. Bostice
TDCJ No. 1346260
French M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

Defendant/Movant, pro se



BDB / file
enclosure



STATE v. BOSTICE, Deft's 1st Mtn for Apptmnt of Habeas Counsel - Coverletter

Nos. 0957231, 1001707, 1001711, 1001712 & 1001713

| THE STATE OF TEXAS | § | IN THE 396th JUDICIAL |
| | § | |
| v. | § | DISTRICT COURT |
| | § | |
| BARON D. BOSTICE | § | TARRANT COUNTY, TEXAS |

## ORDER DENYING APPLICANT'S REQUEST FOR COUNSEL

The Court has before it Applicant's request for appointment of counsel to assist him with investigating and filing an application for writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure.

The Court DENIES Applicant's present request for appointed counsel.

The Clerk of the Court is ORDERED to send a copy of this order to Applicant at his current known address, and to the Post-Conviction Unit of the Tarrant County Criminal District Attorney's Office.

SIGNED AND ENTERED this _19_ day of August 2015.

George Gallagher
PRESIDING JUDGE
396th JUDICIAL DISTRICT COURT
TARRANT COUNTY, TEXAS

BARON D. BOSTICE # 1346260
French M. Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601

September 6, 2015

Thomas A. Wilder
Tarrant County District Clerk
401 W. Belknap
Fort Worth, Texas 76196

RE: Motion For Reconsideration - To 396th District Court

Dear Clerk:

Enclosed please find my pro se MOTION FOR RECONSIDERATION AND REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW. I ask that you file this motion and bring it to the attention of the Court, at your earliest convenience. Said motion is timely filed and falls within the qualifications for findings of fact and conclusions of law.

Thank you in advance for your assistance in thisw matter. My information is below, so you can keep me updated in a timely manner of any action taken in this matter. Please send me a copy of said filed documents, for my records.

Sincerely,

/s/ _____

Defendant, Pro Se

Baron D. Bostice # 1346260
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

COPY

CAUSE NOS. <u>1001707-R; 1001711-R; 1001712-R;</u>

<u>1001713-R; 0957231-D</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 396TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| BARON D. BOSTICE | § | TARRANT COUNTY, TEXAS |

<u>MOTION FOR RECONSIDERATION AND REQUEST FOR</u>

<u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

TO THE HONORABLE COURT AND JUDGE THEREOF:

COMES NOW, Baron D. Bostice, Defendant in the above numbered and styled cause, proceeding pro-se, and requests this Honorable Court to reconsider his pro-se Motion For Appointment of Counsel For Habeas Corpus, Under Texas Fair Defense Act, Article 1.051, V.A.C.C.P.; and further requests a Findings of Fact and Conclusions of Law to attach in an appeal, if said motion is still denied; and in support thereof wouls show:

I.

Defendant's pro-se Motion For Appointment of Counsel For Habeas Corpus, Under Texas Fair Defense Act, Art. 1.051 V.A.C.C.P. was filed and denied on same day of August 18, 2015 and was not mailed until August 26, 2015.

II.

Defendant requests this Honorable Court to not only reconsider the case law in said motion, but also take a closer look under <u>Trevino</u> and the newly added Tex. Code Crim. Proc. Art. 11.074.

PRAYER:

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays this Honorable Court will grant reconsideration and ultimately grant Defendant's Motion for Appointment of Counsel for Habeas Corpus. Defendant further prays that this Honorable Court will issue a Findings of Fact and Conslusions of Law, if it again denies the request for the appointment of counsel.

Defendant prays for general relief.

I, Baron D. Bostice, TDCJ # 1346260, being currently incarcerated in the

Copy

French M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas; do hereby verify and declare under penalty of perjury that the foregoing statements are both true and correct, as well as offered in good faith.

[Tex.Civ.Prac.& Rem.Code § 132.001-003 et seq./Title 28 U.S.C. § 1746]
(A signed/dated copy of this MOTION shall have the same validity as its original)

**SIGNED AND EXECUTED on this the 6th day of September, 2015.**

**Respectfully Submitted,**

/s/ _____

Defendant, Pro Se

Baron D. Bostice # 1346260
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

## CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and coorect copy of the foregoing Motion For Reconsideration has been served upon opposing counsel, via 1st Class U.S. Mail, postage prepaid, dropped in the outgoing prison mailbox on this the 6th day of September, 2015.

BARON D. BOSTICE # 1346260
French M. Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601

September 14, 2015

Thomas A. Wilder
Tarrant County District Clerk
401 W. Belknap
Fort Worth, Texas 76196

RE: Notice Of Appeal

Dear Clerk:

Enclosed please find my pro se NOTICE OF APPEAL, with request for appointment of counsel for said appeal, as well as an attached Findings of Fact and Conclusions of Law. Please file this document and bring to the attention of the Court, as soon as possible, as there are strict time frames in this matter and this has been timely filed per the "mailbox rule."

Thank you in advance for your assistance in this matter. My information is below for you to return to me a copy of this filed document and deep me informed of any action in this matter.

Sincerely,

/s/

Defendant, Pro Se

Baron D. Bostice # 1346260
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 25 2015

TIME 11:06
BY_____ DEPUTY

FILED
THOMAS A WILDER, DIST. CLE
TARRANT COUNTY, TEXAS

SEP 25 2015

TIME _____
BY _____ 11:06
DEPUTY

CAUSE NO. 1001707-R; 1001711-R; 1001712-R;
1001713-R; 0957231-D

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 396TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| BARON D. BOSTICE | § | TARRANT COUNTY, TEXAS |

## NOTICE OF APPEAL

COMES NOW, Baron D. Bostice, Defendant, Pro Se in the above numbered and styled cause, and files this his Notice of Appeal of the denial of his pro se Motion For Appointment of Counsel, filed and denied on August 18, 2015; and in support thereof would show the Court the following:

### I.

Defendant requests to appeal said denial and requests the appointment of counsel for said appeal, and Defendant adopts the proof of indigency attached to said motion.

### II.

To be attached to this Notice of Appeal is a request for Findings of Fact and Conclusions of Law of said denial.

## PRAYER:

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Honorable Court be hereby notified of his desire to appeal the denial of his request for appointment of counsel. Defendant further prays this Honorable Court appoint him counsel for said appeal.

I, Baron D. Bostice, TDCJ # 1346260, being presently incarcearted in the French M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas; do hereby verify and declare under penalty of perjury that the foregoing statements are both true and correct, as well as offered in good faith.

[Tex.Civ.Prac.& Rem.Code § 132.001-003 et seq./Title 28 U.S.C. § 1746]
(A signed/dated copy of this NOTICE OF APPEAL shall have the same validity as its original)

SIGNED AND EXECUTED on this the 14th day of September, 2015.

RESPECTFULLY SUBMITTED,

/s/

Defendant, Pro Se

Baron D. Bostice # 1346260
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

## CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing NOTICE OF APPEAL has been served upon opposing counsel, via 1st Class U.S. Mail, postage prepaid, dropped in the outgoing prison mailbox on this the 14th day of September, 2015.

( SEE ATTACHED EX- A)

EX- A


1) copy of filed motion dated Aug-18-2015
2) copy of order denying motion dated Aug-18-2015



Baron D. Bostice # 1346260
Roberson Unit
1207 FM 3522
Abilene, TX 79601

NOV 9
2015

RECEIVED
NOV 12 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

LEGAL MAIL

—PM
NOV

RE: Clerk

To: Second District of Texas
Court of Appeals
401 W. Belknap St
Ste# 9000
Fort Worth, TX 76196

—PM
NOV 9
2015